# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

IN RE:

FRANCES E. MOSS,   CASE NO.: 18-01908-JCO13
AKA FRANCES ELIZABETH MOSS,
AKA FRANCES MOSS

    DEBTOR.

## CONSENT ORDER CONDITIONALLY DENYING RELIEF
## FROM THE AUTOMATIC STAY

    This Matter was set for hearing on December 19, 2018, upon the Motion for Relief from the Automatic Stay (hereinafter, "Motion for Relief") filed by Nationatar Mortgage LLC d/b/a Mr. Cooper (hereinafter, "Movant")[Docket# 35], seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) as they relate to the enforcement of the mortgage lien against the real property located at 770 Copperfield Drive East, Mobile, AL 36608, and further described in the mortgage attached as Exhibit "A" of said Motion for Relief.  Proper notice of the hearing was given and the Court having reviewed the pleadings, affidavit, and consent of all parties, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    1.    The Motion For Relief From Stay is hereby CONDITIONALLY DENIED as to any postpetition arrearage due in relation to the mortgage in favor of Movant upon the property described above through the month of December 2018 subject to the further provisions of this Order.

    2.    The total post petition delinquency owed to Movant through the month of December 2018 shall be placed into Debtor's Plan to be paid as a secured claim and shall be comprised of the following:

| | |
|---|---:|
| 3 Payments (10/2018 to 11/2018 @618.00 each) | $1,870.58 |
|     (12/2018 @ 634.58) | |
| Attorney Fees and Cost | $831.00 |
| Less Suspense | ($384.00) |
| **Total Postpetition Arrearage** | **$2,317.58** |

    3.    Movant is granted leave of court to file, within sixty (60) days from the date of this Order, a New Proof of Claim for the above postpetition arrearage, which said claim shall be paid one hundred percent (100%).  The interest, if any, to be paid on the claim shall be stated on the face thereof. The Trustee shall be authorized to modify the Plan to pay said claim.

    4.    **IT IS FURTHER ORDERED** that as adequate protection, Debtor shall resume the regular monthly payment due under the note and mortgage beginning with the January 2019 and continuing on the 1st day of each consecutive month thereafter.  The automatic stay is hereby modified to that extent that

should Movant not receive any future regular monthly payment from Debtor within the calendar month in which it is due) for a period of two (2) years from the entry of this Order, then upon notice of default sent by first class mail to Debtor, Debtors' attorney and filed with the Court within one (1) business day of mailing, and the failure of Debtors to cure such default in full within twenty (20) days from the date of mailing, Movant may file notice of termination of stay with the Court, with service upon Debtor and Debtors' attorney and the stays provided under 11 U.S.C. §362(a) will be terminated automatically without further order of this Court, as they relate to the enforcement of the lien regarding the aforementioned property and Movant, its successors and assigns, thereafter, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the Note and Mortgage and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr.P. 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other chapter of the U.S. Bankruptcy Code.

5. Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. Movant is authorized to contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case. Movant is further authorized to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

Dated: January 11, 2019

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

This Order prepared by:

*/s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Phone: (205) 443-0081
Email: Jackson.Duncan@mccalla.com

Consent to this Order by:

*/s/ William J. Casey*
Attorney for Debtor
William J. Casey
Jay_casey@comcast.com